Send Result Report
MFP
TASKalfa 300ci
KYOCERA

Firmware Version 2H7_2F00.012.012 2011.07.14

02/16/2012 10:30
[2JZ_1000.023.001] [2H7_1100.002.003] [2H7_7000.012.012]

Job No.: 026900    Total Time: 0°01'23"    Page: 002

# Complete

Document:    doc20120216101857



Shawn M. Yesner, Esq.
Christopher W. Boss, Esq.
Brian D. Arrighi, Esq.
Matthew W. Rindel, Esq.
Brian M. Hoag, Esq.
Matthew S. Kromer, Esq.
Paul M. Silvestri, Esq.
Vincent C. LoBue, Esq.*
Ron W. Prather, CEO **
* Also Licensed in NJ
** Licensed in TX & IL

**YESNER & BOSS, P.L.**
PROTECT YOUR FUTURE

February 16, 2012

**VIA FACSIMILE**
M&T Bank
Attn: Legal Dept.
One M&T Plaza
Buffalo, NY 14203
Fax: (716) 842-5839

RE:   Karen Ann Bresko            Account #: 0050482290
      5450 21st Way South, #113
      St. Petersburg, FL 33712

### THIS IS A FORMAL CONSUMER PROTECTION NOTICE

This letter serves as official notice under the Fair Debt Collection Practices Act FDCPA,

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 02/16/12 10:23 | 17168425839 | 0°01'23" | FAX | OK | 200x100 Normal/On |



EXHIBIT "B"

1

[ QJC0404679 ]

# YESNER & BOSS, P.L.

PROTECT YOUR FUTURE℠

Shawn M. Yesner, Esq.
Christopher W. Boss, Esq.
Brian D. Arrighi, Esq.
Matthew W. Kindel, Esq.
Brian M. Hoag, Esq.
Matthew S. Kramer, Esq.
Paul M. Silvestri, Esq.
Vincent C. LoBue, Esq.*
Ron W. Prather, CEO **
* Also Licensed in NJ
** Licensed in TX & IL

February 16, 2012

**VIA FACSIMILE**
M&T Bank
Attn: Legal Dept.
One M&T Plaza
Buffalo, NY 14203
Fax: (716) 842-5839

RE:   Karen Ann Bresko          Account #: 0050462290
      5450 21st Way South, #113
      St. Petersburg, FL 33712

## THIS IS A FORMAL CONSUMER PROTECTION NOTICE

This letter serves as official notice under the Fair Debt Collection Practices Act FDCPA, the Florida Consumer Collection Practices Act FCCPA, and all other applicable Federal consumer protection statutes and regulations.

The United States Congress, in recognizing the abundance of abusive, deceptive, and unfair debt collection practices used by debt collectors, responded by passing 15 U.S.C. §1692, more commonly known as the **Fair Debt Collection Practices Act** FDCPA. The purpose of which, as noted by Congress, is to eliminate abusive debt collection practice by debt collectors.

Any debt collector who fails to comply with any provisions of the FDCPA is liable for damages in the amount of $1,000 and any actual damages sustained by such person in addition to attorney fees and costs, as a result of the failure of the debt collector to conform to the FDCPA.

Pursuant to 15 U.S.C. §1692c, a debt collector may not communicate with a consumer in connection with the collection of any debt at an unusual time, or place. **If the debt collector knows the consumer is represented by an attorney with respect to such debt, a debt collector may not communicate with a consumer directly.** A debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, the creditor, the attorney of the creditor or the attorney of the debt collector. Further, a debt collector may not communicate with a consumer at the consumer's place of employment if the debt collector knows or has reason to know the employer prohibits such communication.

In the same spirit, Florida legislators have passed FL ST § 559.72 more commonly known as the **Florida Consumer Collection Practices Act** FCCPA, which acts as companion legislation to the FDCPA.

Pursuant to FL ST § 559.72(18), a creditor may not communicate with a consumer in connection with the collection of any debt at an unusual time, or place. **If the creditor knows the consumer is represented by an attorney with respect to such debt, a creditor may not communicate with a consumer directly.** A creditor may not communicate, in connection with



**YESNER & BOSS, P.L.**

PROTECT YOUR FUTURE℠

Shawn M. Yesner, Esq.
Christopher W. Boss, Esq.
Brian D. Arrighi, Esq.
Matthew W. Kindel, Esq.
Brian M. Hoag, Esq.
Matthew S. Kramer, Esq.
Paul M. Silvestri, Esq.
Vincent C. LoBue, Esq.*
Ron W. Prather, CEO **
*Also Licensed in NJ
** Licensed in TX & IL

the collection of any debt, with any person other than the consumer, his attorney, the attorney of the creditor, the debt collector, or the attorney of the debt collector. Further, a creditor may not communicate with a consumer at the consumer's place of employment if the creditor knows or has reason to know that the employer prohibits such communication.

You **no longer have permission** to contact this consumer on any and all telephone numbers. If you had prior permission to call the consumer's telephone numbers, including any landline, facsimile, voice over IP line, or mobile number, **it is hereby revoked.**

**Immediately, refrain from contacting our client directly or we will have no other option but to pursue legal action against you in the form of suit**. If you have any further requests or questions, please contact the offices of Yesner & Boss, P.L. by mail, phone or fax. Thank you for your strict compliance with, the Fair Debt Collection Practices Act, 15 U.S.C. §1692, the Florida Consumer Collection Practices Act and all other Federal consumer protection statutes and regulations.

If you have any questions, please contact us at (888) 783-4196.

Sincerely,

**Yesner & Boss, P.L.**
Christopher W. Boss, Esq.
Shawn M. Yesner, Esq.
**Vincent C. LoBue, Esq.**
Paul M. Silvestri, Esq.